# KAYE SCHOLER LLP

Heath D. Rosenblat
212 836-8320
Fax 212 836-6687
hrosenblat@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

November 1, 2005

**Via Overnight Mail**
Clerk of the Court
Delaware District Court
Marine Midland Building
824 North Market Street, 3rd Floor
Wilmington, DE 19801

U. S. DISTRICT COURT - DE
MISC. CASE # 05 - 223

Re: *S.E.C. v. Wood River Capital Management, LLC, et al.,*
Case No. 05-CV-8713 ("Receivership Proceeding")

To Whom It May Concern:

We are attorneys for Arthur J. Steinberg, the court-appointed receiver ("Receiver") for Wood River Capital Management, LLC, Wood River Associates, LLC, Wood River Partners, L.P., Wood River Offshore Partners, LTD. and their subsidiaries, successors and assigns (collectively, "Wood River Entities"). The Receivership Proceeding is pending in the United States District Court for the Southern District of New York ("Court"), before District Judge Buchwald. By order ("Order") of the Court Mr. Steinberg was appointed the Receiver for the Wood River Entities on October 13, 2005. Pursuant to the Order the Receiver has taken exclusive jurisdiction over the receivership estate ("Receivership Estate") in the above-referenced action.

A portion of the property encompassed in the Receivership Estate may be located in your jurisdiction. We therefore are enclosing for filing copies of the Complaint and a certified copy of the Order establishing the Receivership as required by 28 U.S.C. § 754. We respectfully request that a new case be opened and treated as a miscellaneous case filing. Towards that end, also enclosed is a check in the amount of $39.00.

The Receiver is in the process of ascertaining whether and where legal proceedings pertaining to the Receivership Estate are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you.

We have enclosed additional copies of the Order entered on October 13, 2005, and ask that you file-stamp and return them in the enclosed self-addressed stamped envelope.

We are available at the Court's convenience to answer any questions.

Respectfully submitted,

Heath D. Rosenblat

Enclosures
cc: Arthur Steinberg, as Receiver

31164146.DOC

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI